FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAY 19 PM 3: 51

Southern District Court of Ohio

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

Harry William Lott

)
)
)
) AFFIDAVIT-*In Forma Pauperis*
)
) **2:22 CV 2219**
)
) JUDGE MARBLEY
)

THE STATE OF OHIO )
)
County of Washington )

MAGISTRATE JUDGE  DEAVERS

Harry William Lott, is being first duly sworn, the works of L Ron Hubbard upon his oath deposes and says:

1) Last year I was a TEFL School teacher English teaching foreign students. My income was less than the poverty, about 47 dollars taxable a year.
2) This year 2021 my income is close to 47 dollars taxable; however, I am not sure that I am at the level based on me running a Visual Trick, LLC, a separate company, and a small crypto mining farm. The amount may be slightly over the income; however, I didn't get that information from the accountant last year. They had to file an extension on my taxes based on the complexity of them and Covd-19 issues.
3) The CPA is Perry and Association in Marietta, Ohio.
4) If I don't qualify for the *In Forma Pauperis*, I will pay the fees.

May 17 day of 2022.

Name- Harry William Lott
Address- 2680 Sealy Ridge Road
Address- Vincent, Ohio 45784
(740)336-5547

SUBSCRIBED AND SWORN to before me, the undersigned Notary public, this